UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------

UNITED STATES OF AMERICA,

-vs-

MOHAMMED TARIQ AWAN,

-------------------------------------------------------------

KORMAN, J.

ORDER

CR- 06-750    (ERK)

I adopt the recommendation of the Magistrate Judge that the plea was knowingly and

voluntarily entered by the defendant, with a full understanding of his rights and the consequences

of the plea, that there's a factual basis for the plea, and I therefore accept the plea of guilty.

SO ORDERED.

s/Hon. Edward R. Korman

EDWARD R. KORMAN, U.S.D.J.

DATED:    Brooklyn, N.Y.
          July 13, 2007